**Motion Granted; Order filed December 17, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00432-CR
_____

**OSCAR MEJIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1466767**

## ORDER

Appellant was convicted of the offense of continued sexual abuse of a child. During trial, the trial court held an in-camera hearing, the reporter's record of which were sealed. *See* Tex. R. Evid. 412. Appellant's counsel has filed a motion seeking access to the sealed record in order to identify appellate issues and prepare an appellate brief. The State did not file a response. We grant appellant's motion and will allow appellant's counsel limited access to the sealed record in order to assert the arguments he deems best through the use of his professional judgment. *See Dees v. State*, 508 S.W.3d 312, 319 (Tex. App.—Fort Worth 2013, no pet.) (order and opinion); *see also Robisheaux v. State*, 509 S.W.3d 448, 450 (Tex. App.—Austin 2015, no pet.) (published order).

We grant appellant's motion to the following degree:

- The sealed portions of the reporter's record are ordered unsealed only as to the attorneys of record for the purpose of preparing the parties' briefs and motions to this court.

- Appellate counsel for Mejia and the State may review the contents of the sealed records at the office of the Clerk of this Court during regular office hours but may not copy or check out the sealed records.

- Counsel may take notes but are ordered to immediately destroy any such notes once this Court has issued its mandate in this case, and at that time counsel are ordered to file with the Clerk of this Court a statement that such notes, if any, have been destroyed.

- The parties and their counsel are ordered not to disclose or disseminate any information contained in the sealed records to any other person or entity.

- Should the parties address any arguments related to any evidence contained in the sealed records, the parties are ordered to file their briefs under seal and in paper form only. The parties should file only one original of each brief and the cover of each brief should clearly state that the brief is sealed by order of this Court.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.